UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE MILLS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | 3:08co1046 (MRK) |
| | : | |
| | : | |
| CITY OF NEW HAVEN, | : | |
| ROBERT A. TORELLI, JR., | : | |
| STEPHEN VERRELLI, | : | |
| MARTIN TCHAKIRIDES, | : | |
|     Defendants. | : | NOVEMBER 26 , 2008 |

## MOTION FOR PROTECTIVE ORDER

_____The plaintiff herewith requests that the Court issue a protective order for a

portion of the September 3, 2008, telephone status conference:

1.     A telephonic status conference was held on September 3, 2008.

2.     During the telephonic status conference, the undersigned inadvertently

and erroneously made reference to the plaintiff's employment status.

3.     This inadvertent disclosure has no bearing on the litigation.

4.     Therefore, the undersigned is requesting a protective order to seal the

sentence on page two line twenty-three that starts with, "She is........".

Wherefore, the undersigned request that a protective order be issued.

THE PLAINTIFF

1

By____/s/_____
        NORMAN A. PATTIS
        ct13120
        Law Offices of Norman Pattis, LLC
        649 Amity Road
        Bethany, CT 06524
        203.393.3017
        203.393.9745 (fax)
        napatty1@aol.com

## **CERTIFICATION**

This is to certify that on   11/26/08,  a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

        By: /s/ Norman A. Pattis_____
_____NORMAN A. PATTIS
        Law Offices of Norman

2