UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE MILLS, | : | DKT # 3:08-cv-1046(MRK) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, | : | |
| ROBERT A. TORELLI JR., | : | |
| STEPHEN VERRELLI, | : | |
| MARTIN TCHAKIRIDES, | : | |
|     Defendants. | : | March 11, 2009 |

**MOTION TO WITHDRAW**

Norman A. Pattis, Esq, and John F. Geida, Esq, hereby move to withdraw as plaintiff's counsel in this matter. The reason for this motion is that the attorney/client relationship has broken down.

Given the above, it is respectfully requested that this motion be granted.

                                          RESPECTFULLY SUBMITTED,
                                          THE PLAINTIFF,

        BY:     /s/    JOHN F. GEIDA   /s/
                  John F. Geida, Esq.
                  Fed. Bar No. ct27468
                  The Law Offices of Norman A. Pattis, LLC
                  649 Amity Road, PO Box 280
                  Bethany, CT 06524
                  Tel. 203-393-3017
                  Fax. 203-393-9745

**CERTIFICATION**

I hereby certify that on March 11, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ JOHN F. GEIDA /s/
John F. Geida, Esq.
Fed. Bar No. ct27468
Law Offices of Norman A. Pattis LLC

649 Amity Road, PO Box 280
Bethany, CT 06524
Tel: (203) 393-3017
Fax: (203) 393-9745