UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE MILLS, | : | DKT # 3:08-cv-1046(MRK) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, | : | |
| ROBERT A. TORELLI JR., | : | |
| STEPHEN VERRELLI, | : | |
| MARTIN TCHAKIRIDES, | : | |
|     Defendants. | : | March 12, 2009 |

## SECOND MOTION TO WITHDRAW

Norman A. Pattis, Esq, and John F. Geida, Esq, hereby move to withdraw as plaintiff's counsel in this matter as the Plaintiff has terminated and discharged The Law Offices of Norman A. Pattis, LLC, from representing her.

Given the above, it is respectfully requested that this motion be granted.

                                      RESPECTFULLY SUBMITTED,

                                      /s/    JOHN F. GEIDA   /s/
                                      John F. Geida, Esq.
                                      Fed. Bar No. ct27468
                                      The Law Offices of Norman A. Pattis, LLC
                                      649 Amity Road, PO Box 280
                                      Bethany, CT 06524
                                      Tel. 203-393-3017
                                      Fax. 203-393-9745

**CERTIFICATION**

I hereby certify that on March 12, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

        /s/ JOHN F. GEIDA /s/
        John F. Geida, Esq.
        Fed. Bar No. ct27468
        Law Offices of Norman A. Pattis LLC

        649 Amity Road, PO Box 280
        Bethany, CT 06524
        Tel: (203) 393-3017
        Fax: (203) 393-9745