UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANE MILLS, | : | |
| | : | |
| Plaintiff, | : | NO. 3:08cv1046 (MRK) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, | : | |
| ROBERT A. TORELLI, JR., | : | |
| STEPHEN VERRELLI, and | : | |
| MARTIN TCHAKIRIDES, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO PLAINTIFF

By Motion dated March 12, 2009, Attorneys John F. Geida and Norman A. Pattis seek Court permission to withdraw their appearances on your behalf [doc. # 34]. Pursuant to D. Conn. L. Civ. R. 7(e) this Motion will remain under advisement until March 26, 2009 to give you opportunity to retain replacement counsel or to file your *pro se* appearance. To prosecute the case you have brought, an appearance on your behalf – either by counsel or *pro se* – must be filed with the Clerk no later than March 26, 2009.

On March 30, 2009, Attorney Geida's and Attorney Pattis's Motion to Withdraw As Counsel [doc. # 34] will be granted. If no attorney appearance or *pro se* appearance has been filed on your behalf by March 30, 2009, you may be deemed to have failed to prosecute, and Defendants may move for dismissal of the action under Fed. R. Civ. P. 41(b). If your case is dismissed for failure to prosecute, the dismissal may only be set aside in accordance with Fed. R. Civ. P. 60(b).

Mr. Geida and Mr. Pattis are directed to serve this Notice to Plaintiff no later than March 18, 2009, and certify service to the Court.

IT IS SO ORDERED.


/s/  Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: March 12, 2009** .